**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 10-20864-Cr-SCOLA

UNITED STATES OF AMERICA,

 Plaintiff,
vs.

FLORIDA WEST INTERNATIONAL
AIRWAYS, INC., *et al.*,

 Defendants.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on the Report and Recommendation from the Honorable Edwin G. Torres, United States Magistrate Judge, regarding the Defendants' Motions to Dismiss the Indictment. Judge Torres's Report recommends that Defendant Hidalgo's Motion to Dismiss (ECF No. 67) be granted, and that Defendant Florida West International Airways, Inc.'s Motion to Dismiss (ECF No. 94) be denied. (Report of Magistrate, ECF No. 191.) The Government and Hidalgo have filed objections to the Report. (Obj's, ECF Nos. 198 & 200.). On February 10, 2012, the Court held a hearing on the parties' objections.

Judge Torres's Report and Recommendation contains detailed factual findings which are thoroughly explained and supported by the evidence. Additionally, the Report cogently addresses the legal issues and accurately resolves each of them. Finally, the Report provides a well-reasoned and complete response to all of the issues raised by the Government and Hidalgo in their objections. Having considered Judge Torres's Report, and the parties' objections, and having made a complete *de novo* review of the record, this Court finds Judge Torres's Report and Recommendation cogent and compelling.

It is **ORDERED and ADJUDGED** that Judge Torres's Report and Recommendation (ECF No. 191) is **AFFIRMED and ADOPTED**. Hidalgo's Motion to Dismiss (ECF No. 67) is **GRANTED**. Florida West's Motion to Dismiss (ECF No. 94) is **DENIED**.

**DONE and ORDERED** in chambers, at Miami, Florida, on February 10, 2012.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*